1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NICOLE ROGERS,                              No.  2:14-cv-2023 KJM CKD PS

12                   Plaintiff,

13         v.                                     FINDINGS AND RECOMMENDATIONS

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
15
                     Defendants.
16

17

18         By order filed September 9, 2014, plaintiff's complaint was dismissed and thirty days

19   leave to file an amended complaint was granted.  The thirty day period has now expired, and

20   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

21         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23         These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25   after being served with these findings and recommendations, any party may file written

26   objections with the court and serve a copy on all parties.  Such a document should be captioned

27   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

28   /////

                                                 1

1    within the specified time may waive the right to appeal the District Court's order.  Martinez v.

2    Ylst, 951 F.2d 1153 (9th Cir. 1991).

3    Dated:  October 17, 2014

4                                                    _____
                                                     CAROLYN K. DELANEY
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9    4 rogers2023.fta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                          2